OPINION — AG — QUESTION: THE BOARD OF GOVERNORS OF REGISTERED DENTISTS WOULD APPRECIATE AN OPINION ON WHETHER FUNDS DEPOSITED TO SAID BOARD IN THE STATE DEPOSITORY COULD BE USED TO PAY LEGAL FEES AND EXPENSES THAT WOULD BE INCURRED IN REVALUATING THE STATE DENTAL LAW, WITH THE PURPOSE IN MIND OF SUGGESTING CHANGES IN THE LEGISLATIVE BODIES OF THE STATE OF OKLAHOMA ? — NEGATIVE CITE: 59 O.S. 324 [59-324] (PRIVATE ATTORNEY, PRACTICE) (FRED HANSEN)